UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

    DIANNE DENGEL

                    Plaintiff(s)

     -vs-                                                  05-CV-6700T

    GREGORY DEARDEN, ET AL

                    Defendant(s)
_____

    Plaintiff's counsel having filed a motion to waive the local counsel requirement pursuant to Rule 83.2 of the Local Rules of Civil Procedure and good cause having been shown, it is hereby,

    ORDERED, that Michael R. Graif, Esq. may proceed without local counsel.

                                            S/ MICHAEL A. TELESCA
                                            Michael A. Telesca
                                            United States District Judge

Dated: July 14, 2006